

Carl Wescott <carlwescottdubai@gmail.com>

## following up on your debt

**Nathan Gray** <nathan@geoversity.org>  Mon, Oct 14, 2024 at 3:50 PM
To: Carl Wescott <carlwescottdubai@gmail.com>
Cc: Geoff Workman <geoffworkman1@gmail.com>, Zita Dias <zitabet@gmail.com>

Dear Carl,

Again, I'm very sorry to see you in such difficult circumstances and as a father/grand father, especially as it effects the boys.

You'll note that I have copied Geoff on this response. He has remained involved and wonderfully supportive over what has been the most difficult 24 years of our lives, and the most meaningful. We have managed, despite all handicaps, setbacks and personal challenges (three major operations for a brain tumor with complications) to create something of great and enduring value, the Mamoni Valley Preserve and Geoversity. And you speak of loans. My wife, Zita, and I have loaned -with documentation and duly recorded- $482,000 in cash as needed to establish our base in Panama, survive the 2008 crash and the pandemic, to manage development in a remote area with extreme handicaps related to government incompetence, local corruption and a complete mess in land tenancy matters.

I remember very vividly why your records show "loans" to Earth Train. Back in 2003 or 2004, all save two people resigned from the Earth Train board of directors because they felt I was taking a foolish risk to invest so much cash and personal capital banking on a promise that could not be legally recorded and enforced: I'm referring to our agreement that Earth Train would eventually receive -as a tax deductible donation from you- 50% of the land we managed to secure for your Panamanian company. Again, the idea was that you would make the donation sometime in the future when you could take advantage of highly increased land values, that is when you could benefit from the hard work we invested in saving and restoring precious (and gorgeous) spots such as the Junglewood and the La Zahina areas. In just the Junglewood area alone, we raised money and invested countless hundreds of volunteer hours to plant over 7,000 trees. Later, without prior consultation with us, you sold all of that land and more to Colin for a multiple over what you paid for it. And we received nothing from that deal.

For quite awhile, we agreed to receive monthly payments from you as compensation for our time and out-of-pocket costs involved in acquiring land for your company -but to record them as "loans". Again, the idea was to give you a tax advantage: You could convert those "loans" to a donation at a later date when that would offer you a better tax advantage. We finally discontinued that practice at the insistence of our board. And when you sold your holdings to Colin, that would have been a time to square at least that arrangement with a donation. And once the sale was effected, that's how we recorded the land management and acquisition payments from you.

Carl, I wish you the best of luck getting through your present difficulties. The best we have to offer you and your boys is an ultimately positive rendering of history -extraordinary achievements in the restoration and protection of ecologically precious corridors of biodiversity. It's a legacy they can be proud of -and, I hope, actually visit and enjoy in person some day.

Warm regards,

Nathan
[Quoted text hidden]

*[Handwritten annotation: "EXHIBIT A"]*