March 31st, 2025

Clerk of the Court
United States District Court
District of California, Southern Division
The James M. Carter and Judith N. Keep United States Courthouse,
John Rhoades Federal Plaza
333 W Broadway #420, San Diego, CA 92101

Re: *Wescott versus Geoversity Foundation, et al.*

Dear Clerk:

I'd like to get your help in filing/docketing a new legal complaint, *Wescott versus Geoversity Foundation, et al.*

I have enclosed:

- Civil cover sheet
- Two legal complaints
- Application to proceed *in forma pauperis*

I've also enclosed a SASE (Self-Addressed Stamped Envelope) for Priority Mail back to me, that you can use for the return of the endorsed complaint (*Wescott versus Geoversity Foundation, et al.*)

I'm hoping you can file/docket and then send me back whatever paperwork you'd like me to have, hopefully including at least one stamped legal complaint.

If I left anything out or made any mistakes would you kindly call me (or email), so I can send in whatever's missing?

Thanks so much. Sincerely

*[signature: Carl Wescott]*

Carl A. Wescott (carlwescott2025@gmail.com)
+1 276 773 7377
8210 E. via de la Escuela
Scottsdale, AZ 85258