

CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MR. NATHAN GRAY;<br>GEOVERSITY FOUNDATION<br><br>　　　　Defendants. | Civil Action No. **25CV0808 RBM KSC**<br><br>**PLAINTIFF'S MOTION FOR PERMISSION TO RECEIVE ELECTRONIC NOTICING AND FOR PERMISSION TO FILE ELECTRONICALLY AS A PRO SE PARTY** |

　　　Plaintiff Carl A. Wescott, proceeding *pro se,* moves this Court for permission to file electronically and to receive electronic noticing of Court filings, orders, and notices in the matter captioned above.

　　　If Defendants had been served and their attorneys had appeared, the Plaintiff would have contacted defense counsel regarding this motion. The motion is unopposed. The Plaintiff notes that electronic filing and electronic services of Court filings, orders, and notices is more efficient and saves all parties money. Future Defendants' counsel would likely support the motion in the interests of judicial efficiency.

1

**PLAINTIFF'S MOTION FOR PERMISSION TO RECEIVE ELECTRONIC NOTICING & FOR PERMISSION TO FILE ELECTRONICALLY AS A PRO SE**

As crazy as it sounds, the Plaintiff's mail has been stolen many times in the past; the Plaintiff wishes to ensure that he receives notices in this case so he can be responsive and timely with his filings and responses, as the Court requires.

Plaintiff has reviewed the United States District Court, District of California, Southern Division CM/ECF Information Page and understands the rules of e-filing. Plaintiff has access to a computer and the internet in order to e-file. Plaintiff understands approval to e-filing requires Plaintiff to register with PACER for a CM/ECF account. Plaintiff has registered with PACER using email address CarlWescott2025@gmail.com and respectfully requests that the Court approve electronic noticing for the case at bar to that email address. Plaintiff further requests that the Court approve Plaintiff's ability to electronically file for the instant case as a pro se with his PACER account using that email address CarlWescott2025@gmail.com.

The Plaintiff consents to electronic service at the email address registered to the Plaintiff's PACER account, CarlWescott2025@gmail.com. The Plaintiff understands his consent to e-service may require that service of filings via US mail will be discontinued. The Plaintiff understands if this motion is granted, the e-filing privilege only applies to this case while it is pending and that abuse of the e-filing privileges may result in revocation of the right to e-file.

For the reasons stated, the Plaintiff respectfully requests permission to receive electronic noticing for the case at bar and also permission to e-file in this matter.

RESPECTFULLY SUBMITTED

*/s/ Carl Wescott*

Carl A. Wescott, *pro se*
April 11th, 2025

2
**PLAINTIFF'S MOTION FOR PERMISSION TO RECEIVE ELECTRONIC NOTICING & FOR PERMISSION TO FILE ELECTRONICALLY AS A PRO SE**



April 11th, 2025

Clerk of the Court
United States District Court
District of California, Southern Division
The James M. Carter and Judith N. Keep United States Courthouse,
John Rhoades Federal Plaza
333 W Broadway #420, San Diego, CA 92101


Re:  *Wescott versus Geoversity Foundation, et al.*  (case number 3:25-cv-00808-RBM-KSC)


Dear Clerk:


Please file the following motion in the case *Wescott versus Geoversity Foundation, et al.* (case number 3:25-cv-00808-RBM-KSC).


Thanks so much.  Sincerely

_____
Carl A. Wescott  (carlwescott2025@gmail.com)
+1 276 773 7377
8210 E. via de la Escuela
Scottsdale, AZ 85258

1



PHOENIX AZ 852
12 APR 2025 PM 9 L

RECEIVED
APR 15 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

Clerk of the Court
USD Court
US Courthouse
333 W. Broadway #420
San Diego, CA 9210

92101-380620