

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600  Fax: (619) 702-9900
www.casd.uscourts.gov

John Morrill
Clerk of Court

9/4/25

Carl A. Wescott


Carl A. Wescott
8210 E. Via de la Escuela
Scottsdale, AZ 85258


25CV0808-RBM-KSC       Wescott v. Mr. Nathan Gray


Carl A. Wescott

Enclosed are the materials you will need to complete U.S. Marshal Service in your case.
Here is what you must do:

A)   Keep for your records:  One copy of your Complaint and one copy of the Court Order Granting your Motion to Proceed IFP and/or Directing U.S. Marshal Service pursuant to 28 U.S.C. 1915(d) and Fed.R.Civ.P. 4(c)(3).

B)   Remove the U.S. Marshal Service Forms(s) (USM-285) and complete the top portion, including the name and street address of the person you have named as a defendant and wish to serve, as completely and clearly as possible.  You must complete one USM-285 Form for each defendant listed on the summons and Ordered to be served.

C)   Return the following items to the U.S. Marshal at this address:   **U.S. Marshals Office**
**U.S. Courthouse**
**333 West Broadway, 100**
**San Diego, CA 92101**

   1.   All the remaining copies of your Complaint - one for each defendant and one for the U.S. Marshal's records;
   2.   All copies of the summons for the U.S. Marshal's Records; and
   3.   The certified copy of the Court's Order Granting your Motion to Proceed IFP and/or Directing U.S. Marshal Service pursuant to 28 U.S.C. 1915(d) and Fed.R.Civ.P 4(c)(3).

Sincerely yours,

JOHN MORRILL
Clerk of Court

By:  s/ J. Petersen
         J. Petersen, Deputy Clerk

| For Clerk's Use Only: | |
|---|---|
| 3 | Copies of Summons |
| 4 | Copies of Complaint/Amended Complaint |
| 1 | Certified Copy of IFP/Service Order |
| 2 | Blank USM 285s |